■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD GOLDENBERG, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 14, 1971, convicting him of robbery in the first degree, upon a plea of guilty, and sentencing him to a term of imprisonment. Judgment reversed as to the sentence, on the law, and the case remanded to the Criminal Term for resentencing. It is indisputably apparent that on the date of defendant's sentence he was a narcotic addict and the Narcotic Addiction Control Commission was not accepting criminal defendants under section 208 of the Mental Hygiene Law. It further appears that the probation report in this case was generally sympathetic to defendant's contention that he was an addict who genuinely sought rehabilitation and who had made some progress toward that goal. Under the foregoing circumstances, it seems likely that if the Narcotic Addiction Control Commission facilities were available on the date of sentence defendant would have been committed thereto. Accordingly, this court is of the opinion that defendant should be resentenced. Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM ARTHUR LINDSAY, Respondent.— Appeal by the People from an order of the Supreme Court, Suffolk County, dated April 17, 1972, which granted defendant's motion to suppress certain evidence. Order reversed, on the law and the facts, and motion denied. In our opinion, the examination of the motor vehicle was not the result of an unlawful search and seizure. The police officers were justified in stopping the vehicle and seizing the contraband, which was in open view in the vehicle (*People* v. *Scianno,* 20 A D 2d 919; *People* v. *Merola,* 30 A D 2d 963; cf. *People* v. *Sutton,* 38 A D 2d 567). Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE R. KENNARD, Appellant, v. JOHN L. ZELKER, Superintendent of Green Haven Correctional Facility, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, dated November 11, 1971, which dismissed the writ. Appeal dismissed, without costs, as moot. Relator's sentence terminated on July 28, 1972. Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.